# Order

**Michigan Supreme
Court
Lansing, Michigan**

May 5, 2015

Robert P. Young, Jr.,
Chief Justice

151277(68)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ROBERT ARBUCKLE, Personal Representative of
the Estate of CLIFTON M. ARBUCKLE,
       Plaintiff-Appellee,

v

                                     SC: 151277
                                     COA: 310611

GENERAL MOTORS, LLC,
               Defendant-Appellant.
                                     MCAC: 11-000043
_____/

       On order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file his answer to the application for leave to appeal is GRANTED. The answer submitted on April 27, 2015, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

                 May 5, 2015
_____